IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, and SAURAV GHOSAL,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, ATHLETIC BRANDS HOLDING COMPANY, and AUTHENTIC BRANDS GROUP,<br><br>Defendants. | 8:17CV350<br><br>ORDER |

On October 3, 2017, Maria E. Mazza and Jerome R. Weitzel filed motions to withdraw as counsel of record for Defendants Prince Marketing LLC, Prince Global Sports LLC, Waitt Brands, and Authentic Brands Group. (Filing Nos. 62 & 63). Brian L. Wagner has filed Notice of Appearance and will represent the named Defendants going forward. (Filing No. 61).

Accordingly, IT IS ORDERED:

The motions to withdraw filed by Maria E. Mazza (Filing No. 62) and Jerome R. Weitzel (Filing No. 63), as counsel of record for Defendants Prince Marketing LLC, Prince Global Sports LLC, Waitt Brands, and Authentic Brands Group, are granted.

Dated this 4th day of October, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge