IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, and SAURAV GHOSAL,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, ATHLETIC BRANDS HOLDING COMPANY, and AUTHENTIC BRANDS GROUP,<br><br>　　　　　Defendants. | **8:17CV350**<br><br>**ORDER** |

　　　IT IS ORDERED that the motions to withdraw filed by Michael J Weiss, David I. Walters, Bozidar R. Ostojic, and Charles C. Nwabueze as counsel on behalf of Plaintiffs Saurav Ghosal and James Willstrop, (Filing Nos. 74, 75, 76, and 77), are granted.

　　　October 17, 2017.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge