IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, LLC, ATHLETIC BRANDS HOLDING COMPANY, AUTHENTIC BRANDS GROUP, LLC, and PRINCE SQUASH, LLC,<br><br>Defendants. | **8:17CV350**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)     The parties' anticipated motion for protective order shall be filed on or before July 11, 2018.

2)     On or before July 13, 2018, Defendants shall serve amended interrogatory responses and amended responses to document production requests; and

a.     Defendants shall withdraw their objections that the number of interrogatories served exceeds 25.

b.     If Defendants object, in part, to responding to an interrogatory or a document production request, they shall nonetheless answer or respond to

the extent the discovery request is not objected to, and they shall describe the information they are withholding with sufficient specificity to: 1) inform the Plaintiffs and the court regarding whether Defendants' objection has merit, and 2) allow Plaintiffs to decide whether incurring the time, effort, and expense of filing a motion to compel is warranted.

3)    The parties shall cooperatively focus their current efforts on the discovery needed to engage in informed settlement discussions, such discovery to be completed on or before August 10, 2018.

4)    For the telephonic conference scheduled to be held on August 14, 2018 at 11:00 a.m., counsel shall be prepared to discuss whether the parties are interested in alternative dispute resolution.

July 5, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge