IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, LLC, ATHLETIC BRANDS HOLDING COMPANY, AUTHENTIC BRANDS GROUP, LLC, and PRINCE SQUASH, LLC,<br><br>　　　　Defendants. | **8:17CV350**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The written discovery deadline is extended to October 2, 2018.

2) The parties shall continue to cooperatively focus their current discovery efforts on exchanging the information needed to engage in informed settlement discussions.

3) A telephonic conference will be held on October 2, 2018 at 11:00 a.m. The parties shall use the conferencing information assigned to this case to participate in the conference. Counsel shall be prepared to discuss whether the parties are interested in alternative dispute resolution or, in the alternative, the deadlines for a new case progression order.

August 14, 2018.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge