IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, LLC, ATHLETIC BRANDS HOLDING COMPANY, AUTHENTIC BRANDS GROUP, LLC, and PRINCE SQUASH, LLC,<br><br>Defendants. | **8:17CV350**<br><br>**ORDER** |

To avoid investing attorney time on matters which can be resolved without briefing, and to facilitate a prompt resolution of all ongoing discovery disputes,

IT IS ORDERED:

1) On or before **October 10, 2018**, the parties shall complete the Discovery Disputes Form posted at https://www.ned.uscourts.gov/attorney/judges-information/cheryl-r-zwart. The completed chart(s) shall be emailed to zwart@ned.uscourts.gov (in MS Word format). Any outstanding discovery disputes that are not timely identified in the parties' submission(s) will be deemed waived.

2) A hearing on the parties' outlined discovery disputes will be held on the record using both telephonic and web meeting technology on **October 24, 2018 at 11:30 a.m. (CDT).** For this hearing, the parties shall be prepared to discuss the merits of the outstanding discovery issues and whether sanctions should be imposed. The parties shall use the conferencing information assigned to this case, (see Filing No. 105), to participate in the hearing.

October 2, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge