IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, LLC, ATHLETIC BRANDS HOLDING COMPANY, AUTHENTIC BRANDS GROUP, LLC, PRINCE SQUASH, LLC, COMPETITIVE SPORTS HOLDING COMPANY LLC, WAITT CAPITAL, LLC; and WAITTCORP INVESTMENTS, LLC,<br><br>Defendants. | **8:17CV350**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to strike and substitute, (Filing No. 144), is granted.

2) Plaintiffs' Combined Response in Opposition (Filing No. 139), is stricken, and no party is required to respond to it.

2) Plaintiffs' substitute Response to the pending Motions to Dismiss (Filing Nos. 132 and 134), with all references to confidential documents and tax returns removed, shall be filed on or before April 24, 2019. Any response thereto shall be filed within seven days thereafter.

April 19, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge