IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, AUTHENTIC BRANDS GROUP, LLC, PRINCE SQUASH, LLC, ABG-PRINCE, LLC, and ABG-PRINCE OPCO, LLC,<br><br>Defendants. | **8:17CV350**<br><br>**ORDER** |

On April 11, 2020, the court entered an order requiring Plaintiffs to show cause why the documents at Filing Nos. 163, 164, and 165 should remain sealed on the docket. ([Filing No. 190](#)). Having considered Plaintiffs' response, ([Filing No. 191](#)),

IT IS ORDERED that the documents at Filing Nos. 163, 164 and 165 are re-designated as restricted access to the court and case participants only. The Clerk is directed to make the foregoing re-designation and to regenerate the notices of electronic filing for all case participants.

Dated this 14th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge