IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, AUTHENTIC BRANDS GROUP, LLC, PRINCE SQUASH, LLC, ABG-PRINCE, LLC, and ABG-PRINCE OPCO, LLC,<br><br>Defendants. | **8:17CV350**<br><br>**ORDER** |

A pretrial conference is scheduled for June 2, 2020 and the jury trial is scheduled for June 16, 2020. Defendant Authentic Brands Group, LLC's motion for summary judgment is pending (Filing No. 196).

Accordingly,

IT IS ORDERED that on the court's own motion, the pretrial conference and jury trial are continued pending further order of the court. Within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

Dated this 26th day of May, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge