IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WILLSTROP, SAURAV GHOSAL, NICOL DAVID, and CAMILLE SERME, <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCE MARKETING LLC, PRINCE GLOBAL SPORTS LLC, WAITT BRANDS, LLC, ATHLETIC BRANDS HOLDING COMPANY, AUTHENTIC BRANDS GROUP, LLC, PRINCE SQUASH, LLC, COMPETITIVE SPORTS HOLDING COMPANY LLC, WAITT CAPITAL, LLC; WAITTCORP INVESTMENTS, LLC, ABG-PRINCE, LLC, and ABG-PRINCE OPCO, LLC, <br><br> Defendants. | 8:17-CV-350 <br><br> **JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation to Dismiss. Filing 222. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 27th day of October, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge